Scott Pactor SBN#216629
LAW OFFICES OF SCOTT PACTOR
9150 Wilshire Blvd. #175
Beverly Hills, CA. 90020
Phone: (619) 804-3242
Fax: (619) 260-0058

Attorney for ROY CAREY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>ROY CAREY Defendant. | Case No.: 25cr189-SSS<br>Date: 7/31/26<br>Time: 10 AM<br><br>**OBJECTION TO PSR** |

**TO: Bill Essayli, First Assitant United States Attorney for the Central District of California and Stephen T. Merrill, Assistant United States Attorney**

Please be advised that Mr. Carey, by and through counsel will ask the court to issue an order granting the motion listed below.

**Motion**

The accused, Roy Carey, by and through his attorney, Scott Pactor, hereby files the attached motions based on the attached memorandum of points and authorities

1. Objections to PSR

Mr. Carey's motion is based upon the attached declaration of counsel and notice of motion.

Dated this 27th June 2026

/s Scott Pactor

Scott Pactor
Attorney for
Roy Carey

//

//

//

//

//

//

//

//

//

//

Scott Pactor SBN#216629
LAW OFFICES OF SCOTT PACTOR
9150 Wilshire Blvd. #175
Beverly Hills, CA. 90020

Phone: (619) 804-3242
Fax: (619) 260-0058

Attorney for ROY CAREY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

United States of America,
Plaintiff,
vs.
Roy Carey
Defendant.

Case No.: 24cr189-SSS

**OBJECTIONS TO PSR**

I.

OBJECTION TO +4 BOL ENHANCEMENT UNDER §2K2.1(b)(4)(B)(ii)

Mr. Carey objects to the 4 level base offense level under USSG §2K2.1(b)(4)(B)(ii). As the pre-sentence report properly indicates, this enhancement has a knowledge requirement that requires either actual knowledge or willful ignorance. Mr. Carey does not admit this in the language of the plea agreement, despite a lengthy recitation of other facts that Mr. Carey acknowledges related to his knowledge of the facts of his prior convictions. Nor, for that matter, are there additional facts contained in

the Pre-Sentence Report that would allow the Court to reliably find that Mr. Carey was aware or consciously ignorant of the fact that the gun did not have a serial number. There are no facts that allow Probation or the Court to find that the knowledge requirement of this subsection have been met in this case.

It is possible that both the Government and Probation, although they have cited the proper subsection of the guideline, are thinking about the Guidelines prior the 2023 amendments, which did not impose a knowledge requirement for this enhancement.

## IV.

## Conclusion

The Court should uphold the objection and calculate the Guideline range (prior to departures and adjustments) at 21, Criminal History Category VI, range of 77 to 96 months. If the Government wanted to stick Mr. Carey with this enhancement they should have put it in the plea agreement, but they did not, and the probation report discloses no additional facts that contain the necessary state of mind information.

.

Respectfully Submitted,

/s Scott Pactor

Dated: June 27th, 2026

Scott Pactor
*Attorney for*
*Roy Carey*